IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AYANBUEZEE IGHODARO,<br>Plaintiff<br>v.<br>AUTOZONE, INC.<br>Defendant | Case No: 20-cv-11302-IT |

## Plaintiff's Summary of The Case

Plaintiff, Mr. Ighodaro, is an American citizen and a resident of Suffolk County Massachusetts. He is the owner and the President of Columbus Auto Body Inc, a Massachusetts Corporation incorporated in 1962. Mr. Ighodaro has been the President and owner of Columbus Auto Body Inc. for almost 30 years. Columbus Auto Body Inc. has been a commercial customer of the Defendant Auto Zone Inc., for two decades.

On July 4, 2018, Mr. Ighodaro accompanied by one of his customers went to the Gallivan Blvd. AutoZone store in Dorchester Massachusetts to purchase some automobile parts to be used to repair the customer's vehicle. When they got to the store, they needed assistance locating the parts. They sought the assistance of an employee later identified as McLean, the store manager. The manager was having an argument on the phone with another customer and appeared agitated and angry. The manager got upset when Mr. Ighodaro asked for assistance. Plaintiff and his customer believed the manager transferred his anger and aggressiveness on them.

Despite the hostile encounter with the manager, Mr. Ighodaro and his customer were able to purchase nine items that were in stock from the store from the store. They paid for all the items, received a sales receipt and proceeded to leave the store. As they were exiting the store, the exit door alarm sounded and Mr. Ighodaro and his customer returned to the counter and handed the AutoZone shopping bag back to AutoZone cashier.

The AutoZone employee reprocessed the items and handed the shopping bag back to Mr. Ighodaro. Mr. Ighodaro and his customer left the store without any further issue.

They drove to another AutoZone store nearby and purchased the remaining items they did not find at the Gallivan Blvd. store and drove back to his office at the Columbus Auto premises.

When Mr. Ighodaro returned to Columbus Auto and before he could step into his office he was immediately stopped by a uniformed Boston Police officer in a marked cruiser. The Officer told him they had received a report that he shoplifted at an AutoZone store and left in a car with no front or rear plates. The Officer demanded to search Mr. Ighodaro's bag and his pockets. The officer searched his bag, the contents of his pockets and visually looked inside and around his vehicle. Everything inside his bag and on his person was paid for and reflected on the sales receipt. The officer told Mr. Ighodaro that AutoZone reported he stole a telephone charger adapter. Mr. Ighodaro said that after the officer told him that AutoZone falsely accused him of shoplifting the officer drove off. Mr. Ighodaro said that many bystanders and customers and employees of his witnessed the encounter with the police. He said he was embarrassed, shocked, humiliated and traumatized.

The next day July 5, 2018, he went to the AutoZone store to lodge a complaint with the District Manager. He met the store manager, Mr. McLean. He told McLean that he is looking for the District Manager. McLean told him to leave the store immediately or he will call the police. Mr. McLean told him that he is not welcome at AutoZone and ordered him to leave. He left. The incident and its effects caused him loss of business, affected his business goodwill and severe emotional distress.

AutoZone Inc. denies the allegations. AutoZone claimed that Mr. Ighodaro with his customer came into the store, caused a disturbance, demagnetized items, threatened the manager Mr. McLean who questioned them, and left without paying for the items. AutoZone claimed that when Mr. Ighodaro walked out of the store the security alarm system sounded and Mr. Ighodaro refused to return and left with his customer in a car with no rear or front plates.

About thirty minutes after Mr. Ighodaro and his customer left the store; the manager Mr. McLean called 911 police dispatcher and reported that Mr. Ighodaro and his customer shoplifted after causing a disturbance and left in a car with no front or rear plates.

Respectfully Submitted,

Ayanbuezee Ighadaro

By his attorney

/s/ Jay Odunukwe

Jay U. Odunukwe

90 Canal Street, 4th floor

Boston, MA 02114

(617) 367-4500

October 17, 2022

**CERTIFICATE OF SERVICE**

I, JAY ODUNUKWE, counsel for the Plaintiff, do hereby certify that on this 17th day of October 2022, I caused a copy of the within document to be uploaded to the ECF system wherein Defendant's Attorney is subscribed and would receive instant notification thereof.

/s/  JayOdunukwe

Jay U. Odunukwe

90 Canal Street, 4th floor

Boston, MA 02114

(617) 367-4500

Dated: October 24, 2022